# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ALICE M. DORN**                                                                                           **PLAINTIFF**

v.                               **5:08CV00291 BD**

**MICHAEL J. ASTRUE, Commissioner,**
Social Security Administration,                                        **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Alice M. Dorn.

DATED this 14th day of January, 2010.

_____
UNITED STATES MAGISTRATE JUDGE